# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| STEVE R. GELIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV407-147 |
| OFFICER BENEFIELD ET AL., | ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

This case was transferred from the Northern District of Florida on September 26, 2007, when that district learned that the plaintiff was confined in the Ray James Federal Holding Facility in Folkston, Ga. Doc. 6. Upon transfer, this Court examined the plaintiff's motion to proceed *in forma pauperis*, a motion he had filed before the transfer. Doc. 3. On October 18, 2007, the Court entered an order granting plaintiff's motion to proceed *in forma pauperis*. Doc. 7. The order explained that under the Prison Litigation Reform Act of 1995 (PLRA), Pub. L. No. 104-134, 110 Stat. 1321-71, all prisoners, even those proceeding *in forma pauperis*, must pay the requisite $350 filing fee. 28 U.S.C. § 1915(b)(1). To facilitate payment of the filing fee, the Court included with its order two forms—a Prisoner

Trust Fund Account Statement and a Consent to Collection of Fees from Trust Account form—with a warning to return them by November 17, 2007, or face a recommendation of dismissal, without prejudice. Doc. 7.

Gelis has not returned the required forms. Instead, on November 29, 2007, the Court's order was returned from the federal holding facility as undeliverable for a second time. Doc. 8. Apparently, plaintiff has been transferred from the federal holding facility, but he has neglected to provide the Court with a current mailing address. Id. Because the plaintiff has not provided a correct mailing address, the Court cannot move his case forward.

Accordingly, pursuant to the inherent power to police its docket, the Court should **DISMISS** the plaintiff's complaint without prejudice. See Link v. Wabash Railroad Co., 370 U.S. 626, 630–31 (1962); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989); Jones v. Graham, 709 F.2d 1457, 1458 (11th Cir. 1983); Floyd v. United States, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 5th day of **December 2007.**

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA